IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER STEPP, an individual and as parent and next friend of J.S., a minor child, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>TALIHINA PUBLIC SCHOOL DISTRICT, *et al.*<br><br>    Defendants. | Case No.6:24-cv-00146-JAR |

### DEFENDANT KEVIN MCCLAIN'S NOTICE OF APPEAL

Defendant Kevin McClain ("McClain"), by and through his counsel of record, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final decision entered by the United States District Court for the Eastern District of Oklahoma on April 17, 2025. Specifically, McClain appeals Sections III(B)(2), (3) of the Court's Opinion and Order (Dkt. No. 124) regarding qualified immunity.

Respectfully submitted,

/s/ Jason L. Callaway
Whitney M. Eschenheimer, OBA No. 17025
Jason L. Callaway, OBA No. 31958
JOHNSON & JONES, P.C.
Two Warren Place
6120 S. Yale Ave., Ste 500
Tulsa, OK 74136
918-584-6644 (phone)
wme@johnson-jones.com
**ATTORNEY FOR KEVIN MCCLAIN**

**Certificate of Service**

      I hereby certify that on May 14, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

J. Blake Johnson - blakejohnson@overmanlegal.com
Kelsey Frobisher Schremmer - kelseyschremmer@overmanlegal.com
Wyatt McGuire – wyatt@kentmcguirelaw.com
**Attorneys for Plaintiffs**

Frederick J. Hegenbart – fredh@rfrlaw.com
Adam S. Breipohl - adamb@rfrlaw.com
**Attorneys for School District Defendants**

                                               /s/ Jason L. Callaway