IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER STEPP, an individual, and as parent and next friend of J.S., a minor child; JONATHON STEPP, an individual, and as parent and next friend of J.S., a minor child,<br><br>Plaintiffs,<br><br>vs.<br><br>TALIHINA PUBLIC SCHOOL DISTRICT, an Oklahoma political subdivision; *et al.*,<br><br>Defendants. | Case No.: CIV-24-146-JAR |

**DEFENDANTS' MOTION FOR STAY OF
PROCEEDINGS AND COMBINED BRIEF IN SUPPORT**

The defendants, Independent School District No. 52 of LeFlore County, Oklahoma (the "School District"), Jason Lockhart, in his individual capacity, Kathy Anderson, in her individual capacity, Bill Blair, in his individual capacity, Courtney Moreland, in her individual capacity, Steve Woods, in his individual capacity, Rusty Blue, in his individual capacity, Tracy Bryant, in his individual capacity, Leslie Crank, in his individual capacity, and Scottie Russell in his individual capacity (the "School Employees," and together with the School District, the "School District Defendants"), respectfully move the Court for a stay of the proceedings in this matter on the grounds that there is currently an appeal pending in the United States Court of Appeals for the Tenth Circuit regarding the Order [Dkt. 125] entered in this matter on April 17, 2025, denying School District Defendants' motion to dismiss the

Plaintiffs' claims based on qualified immunity. In support of this motion, the School District Defendants state:

1. On March 15, 2024, the School District Defendants filed their <u>Renewed Motion to Dismiss</u> [Dkt. 100] seeking dismissal of the claims asserted against them, in part on the grounds that the School District Defendants were entitled to qualified immunity.

2. The Defendants' motion to dismiss was granted in part and denied in part on April 29, 2025. *See* <u>Order</u> [Dkt. 125]. On May 13, 2025, the School District Defendants filed a <u>Notice of Appeal</u> [Dkt. 128] seeking review of this Court's order denying the motion as to the denial of qualified immunity.

3. Defendant Kevin McClain also filed an appeal of an Order regarding qualified immunity on May 14, 2025. [Dkt. 130].

3. "The denial of a Rule 12(b)(6) motion to dismiss on qualified-immunity grounds is an appealable final order if it turns on an issue of law." *Mayfield v. Bethards*, 826 F. 3d 1252, 1255 (10th Cir. 2016) (citing *Ashcroft v. Iqbal,* 556 U.S. 662, 672 (2009)). Whether a plaintiff has sufficiently "alleged a violation of his clearly established constitutional rights to overcome [the defendant's] defense of qualified immunity is an issue of law reviewable on interlocutory appeal." *Brown v. Montoya,* 662 F.3d 1152, 1162 (10th Cir. 2011).

5. The U.S. Supreme Court has held that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."

*Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also United Steelworkers of Am. v. Or. Steel Mills, Inc.*, 322 F.3d 1222, 1227 (10th Cir. 2003).

5. Moreover, the Tenth Circuit has held that "an interlocutory appeal from an order refusing to dismiss… on qualified immunity grounds… divests the district court of jurisdiction to proceed with any part of the action against an appeal defendant." *Walker v. City of Orem*, 451 F.3d 1139, 1146 (10th Cir. 2006) (quoting *Stewart v. Donges*, 915 F.2d 572, 576 (10th Cir. 1990).

4. Here, the interlocutory appeal based on the denial of qualified immunity currently remains pending before the United States Court of Appeals for the Tenth Circuit. *See Stepp v. Talihina Public School District et al,* No. 25-7038 (10th Cir. filed May 15, 2025). As such, the Court lacks jurisdiction to proceed as to the claims asserted against School District Defendants while the appeal remains pending.

5. Proceeding with discovery and/or trial of the Plaintiffs' claims against the School District Defendants while the Plaintiffs' claims against them remain on appeal would necessarily involve conducting discovery activities that prove to be unnecessary or redundant, or of multiple trials being conducted related to the same underlying situation. This would be unnecessarily expensive, wasteful of scarce judicial resources, and create the risk of inconsistent verdicts. For that reason, the School District Defendants respectfully request that the trial of this matter be stayed until the Tenth Circuit has ruled on the interlocutory appeal filed by the School District Defendants.

7. Counsel for the School District Defendants has twice inquired whether Plaintiffs object to this Motion, but to date, has not received a response. Counsel for

Co-Defendant Kevin McClain has indicated that he has no objection.

8.     A proposed order is submitted contemporaneously with this Motion.

**THEREFORE,** the School District Defendants respectfully request that the Court enter an order staying the proceedings in this case pending the determination of the appeals, and that they be granted all such further relief to which they may be entitled.

        **Respectfully submitted,**

        **ROSENSTEIN, FIST & RINGOLD**

By:   */s/ Rhiannon K. Thoreson*
       **Frederick J. Hegenbart, OBA No. 10846**
       **Adam S. Breipohl, OBA No. 32358**
       **Rhiannon K. Thoreson, OBA No. 22748**
       **525 South Main, Suite 700**
       **Tulsa, OK  74103**
       **(918) 585-9211; fax (918) 583-5617**
       fredh@rfrlaw.com
       adamb@rfrlaw.com
       rthoreson@rfrlaw.com

       **ATTORNEYS FOR SCHOOL DISTRICT DEFENDANTS**

## CERTIFICATE OF SERVICE

☒    I hereby certify that on July 14, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

| | |
|---|---|
| J. Blake Johnson<br>Kelsey Frobisher Schremmer<br>OVERMAN LEGAL GROUP, PLLC<br>809 N.W. 36th Street<br>Oklahoma City, OK  73118<br>blakejohnson@overmanlegal.com<br>kelseyschremmer@overmanlegal.com | Whitney M. Eschenheimer<br>Jason L. Callaway<br>JOHNSON & JONES, P.C.<br>Two Warren Place<br>6120 S. Yale Avenue, Ste. 500<br>Tulsa, OK 74136<br>wme@johnson-jones.com<br>jcallaway@johnson-jones.com |
| Wyatt McGuire<br>MCGUIRE LAW FIRM<br>200 E. 10th Street Plaza<br>Edmond, OK 73034<br>wyatt@kentmcguirelaw.com | ATTORNEYS FOR KEVIN MCCLAIN, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES |

and

Ryan D. Kiesel
RYAN KIESEL, ATTORNEY AT LAW, PLLC
3022 N.W. 39th Street, Suite 57532
Oklahoma City, OK  73157
ryan@rkoklaw.com

ATTORNEYS FOR PLAINTIFFS


                                    */s/ Rhiannon K. Thoreson*
                                    **Rhiannon K. Thoreson**