# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMBER STEPP and JONATHON STEPP, )<br>Individually and Parents and Next Friends of )<br>J.S., a minor child; )<br>)<br>            Plaintiffs, )<br>)<br>v. )<br>)<br>INDEPENDENT SCHOOL DISTRICT )<br>NO. 52 OF LEFLORE COUNTY, OKLA. )<br>a/k/a TALIHINA PUBLIC SCHOOL )<br>DISTRICT, an Oklahoma political )<br>subdivision; )<br>JASON LOCKHART, an individual; )<br>SCOTTIE RUSSELL, an individual; )<br>STEVE WOODS, an individual; )<br>LESLIE CRANK, an individual; )<br>RUSTY BLUE, an individual; )<br>COURTNEY MORELAND, an individual; )<br>KATHY ANDERSON, an individual; )<br>KEVIN MCCLAIN, an individual; )<br>BILL BLAIR, an individual; and )<br>TRACY BRYANT, an individual, )<br>)<br>            Defendants. ) | Case No. CIV-24-146-JAR |

## **ORDER STAYING PROCEEDINGS**

This matter comes before the Court on Defendants' Motion to Stay of Proceedings (Docket Entry No. 140). Plaintiff has responded and does not object to stay. This Court acknowledges the filing of the Notices of Appeal by the individual Defendants named in this action on May 13 and May 14, 2025. Defendants appeal this Court's Orders of April 17 and April 29, 2025, which *inter alia,* denied the individuals' qualified immunity claims.

Typically, this Court's rulings would not be appealable at this stage of the proceedings without leave to file an interlocutory appeal and would not, therefore, justify the staying of this

action. However, the denial of a claim of qualified immunity entitles a defendant to an immediate interlocutory appeal. <u>Mitchell v. Forsyth</u>, 472 U.S. 511, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985). A stay of this Court's Order denying dismissal and the individual Defendants' qualified immunity defense is warranted since a determination on this issue may be dispositive of this action against the individuals. Since this Court is reluctant to try this matter on a piece-meal basis, for reasons of judicial and litigation economy, the entire action shall be stayed during the pendency of this appeal.

IT IS THEREFORE ORDERED that Defendants' Motion to Stay of Proceedings (Docket Entry No. 140) is hereby GRANTED. This action is hereby **STAYED** from proceeding further pending a resolution of Defendants' interlocutory appeal. Accordingly, the First Amended Scheduling Order (Docket Entry No. 126), including the Pretrial Conference set June 25, 2026 and the jury trial set July 13, 2026, is hereby **STRICKEN**.

IT IS SO ORDERED this 24th day of July, 2025.

_____
JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE